IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gary Brown, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:15cv341 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Officer Christopher Reunmer, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 17, 2015 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 4, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is DISMISSED for want of prosecution and for failure to obey a Court Order.  This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court